# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

___

**DANNY FRANK OLAH and CATHERINE OLAH f/k/a Catherine DiCastro**

vs.   **CASE NUMBER: 6:10-CV-1545 (NAM/DEP)**

**THE CITY OF UTICA and PHIL TAURISANO, individually and in his capacity as Public Safety Commissioner of the City of Utica**

___

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint filed by Danny Frank Olah and Catherine Olah on December 20, 2010 is DISMISSED in its entirety.  The first cause of action is dismissed with prejudice and the second and third causes of action are dismissed without prejudice.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Chief District Judge Norman A. Mordue, dated the 1st day of June, 2011.

DATED: June 1, 2011

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk